# EXHIBIT #11



HOME | ZACKS RESEARCH | FUNDS | PORTFOLIO | BROKER RESEARCH | MARKETS | SCREENING | EDUCATION | SER
Earnings · EPS Surprises · Mutual Funds · Options · My Account · Help

## ZACKS
INVESTMENT RESEARCH
*Proven Ratings, Research & Recommendations*

**Zacks Video**
The greatest minds behind Zacks.com step in front of the camera to analyze the market and promising stocks. Click here to tune in.

Quote: [  ] GO ▶  | Login | Search: [  ]

Live to trade? So do we. Talk to Chuck.  · Sponsored Links ·  Zack's Private Stock Lists for FREE. Click Here

### PROFIT FROM THE PROS

**Profit from the Pros**
Get Zacks' free daily email with profitable stock picks and timely market advice!

Email:
[  ]
☑ Also receive special offers
**SIGN UP!**
Privacy Policy

**Top Zacks Features**
Free Membership
Zacks Rank
Equity Research
My Portfolio
Stock Screener
Profit Tracks
Mutual Funds
Options
Zacks Video
Zacks Trading Game
RSS Feed
Profit from the Pros

## TODAY'S TOPICS

**1. ZACKS RANK BUY STOCKS:** Today we highlight four new stocks: Research In Motion (RIMM), Bunge (BG), Olympic Steel (ZEUS) and ArcelorMittal (MT). Get these stories below.

**2. BEST OF EQUITY RESEARCH:** Consider partnerships for oil & gas plays. Read about TCLP, WMB and EPD in the Analyst Interview, then get our Bull and Bear Stocks of the Day.

**3. STRATEGIES & IDEAS:** Kevin Matras explains how to use moving averages to determine trends and spot winners in any market environment. Stocks highlighted include IMCL, OLN and RIO.

**4. ZACKS EXTRA:** The IPO market doesn't have to be off limits to Aggressive Growth investors, but there are some prudent moves to make before entering the arena. Learn more and get our free investing guides.

**Read current and past issues of this newsletter.**

Free coupons for wealth management solution Marketsimplified offers free access coupons for its web and mobile wealth management system private beta. Financial advisors quote "atlanta_2008" as referral code to avail this offer

The service is also open for

# ZACKS.COM PROFIT from the PROS
## Tactics that Work in Good Markets and Bad

Wednesday - April 9, 2008

### 1. ZACKS RANK BUY STOCKS

The Zacks Rank is a powerful short term stock ranking system that has generated a 31% average annual return. Every day on Zacks.com we highlight four new Zacks Rank Buy stocks based on the main schools of investing: Aggressive Growth, Growth & Income, Momentum and Value.

**Aggressive Growth - Research In Motion (RIMM)**

Research In Motion (RIMM) has averaged a 5.3% surprise over the past four quarters. This year's earnings estimates spiked 24 cents in just the past week. Read the full analysis on RIMM now!

**Growth & Income - Bunge Ltd. (BG)**

Bunge Ltd. (BG) declared a regular quarterly dividend of 17 cents per share in late Feb. Wall Street estimates are on the rise. Its ROE of 15% is in line with the industry average. Read the full analysis on BG now!

**Momentum - Olympic Steel Inc. (ZEUS)**

Olympic Steel (ZEUS) shares have been surging forward in the last two weeks as the company gets ready to report its first quarter earnings on Apr 30. Read the full analysis on ZEUS now!

**Value - ArcelorMittal (MT)**

ArcelorMittal (MT) is on an acquisition binge, announcing 35 transactions in 2007. It also bought back $1.8 billion in stock last year and expects to buy back $2.1 billion in 2008. Read the full analysis on MT now!

OTHER ZACKS RANK RESOURCES

- Zacks Rank Home Page: Go there now.
- All Zacks #1 Rank Stocks. Learn more...

Education Home: Click Here.

## BEST OF PEOPLE AND PICKS

People And Picks is the brand new Zacks Community website. Already, top people are demonstrating their stock-picking skill every day. Visit People And Picks now!

User Back2BeBad2 gives a buy rating to CROX, which he says is oversold.

He also likes solar play SOLF, which he says is "already profitable and growing swiftly," and ACI, which he calls "my favorite pick in the coal sector."

Back2BeBad2's picks so far are anything but bad. He's ranked in the top 12% of all users on the site.

To see all his stock ratings, click here.

## OPTIONS

UnitedHealth Group (UNH)

The Zacks Most Active Options filter highlights this managed care company. Read the entire commentary.

Options homepage: Go there now.

## ROUNDTABLE REVIEW (AUDIO)

Panelists in this week's Roundtable Review discuss the latest jobs report and the possibility of another rate cut. Listen to the audio here.

## THE WAY I SEE IT (AUDIO)

Steve Reitmeister, Editor-At-Large for Zacks.com, explains why buy-and-hold investing is dead. Listen to his audio here.

For more Zacks audio, click here.

---

Want to own ALL the Zacks #1 Rank Stocks?

Mitch Zacks manages an exclusive portfolio for his private clients based on the Zacks #1 Rank Model. From 2002 through 12/31/07, this portfolio has outperformed the S&P 500 by a staggering 59.9%! Learn more in Your FREE Investment KIT that outlines Mitch's complete track record along with details on his time-tested philosophy.

Get Your FREE ZACKS INVESTMENT KIT.