# EXHIBIT #12




**ZACKS**
INVESTMENT RESEARCH
*Proven Ratings, Research & Recommendations*

**FINAL DAY for Self Investors**
MAY 30 — Tonight at 11:59 pm, time runs out on a special opportunity for self investors. Last chance to save money while learning to *make* money – no matter what the market is doing!
Learn More Now >>

Zacks' Picks TRIPLE Market: Click for FREE Peek    ↪ Sponsored Links ↩    Concerned About Your Retirement: Click Here

### PROFIT FROM THE PROS

# ZACKS.COM PROFIT from the PROS
## Tactics that Work in Good Markets and Bad

**Profit From the Pros**
Get Zacks' free daily email with profitable stock picks and timely market advice!

Email:
☑ Also receive special offers
**SIGN UP!**
Privacy Policy

**Top Zacks Features:**
- Free Membership
- Zacks Rank
- Equity Research
- My Portfolio
- Stock Screener
- Profit Tracks
- Mutual Funds
- Options
- Zacks Video
- Zacks Trading Game
- RSS Feed
- Profit from the Pros

In the latest Roundtable Review, Kevin Matras, Steve Reitmeister and I discuss the current market environment, recent economic data and trends in commodity prices. We also explain what investors should expect over the short- and long-term.

Wishing you prosperity,
Charles Rotblut, CFA
Senior Market Analyst & Editor,
Profit From the Pros

---

Today's Top Stories: **Tuesday- August 19, 2008**

**ZACKS RANK BUY STOCKS**

- **Aggressive Growth** - Valmont Industries (VMI) is coming off a record-setting quarter for sales, net income, and operating income. Learn More...

- **Growth & Income** - Accenture (ACN) posted record earnings per share of 74 cents for its fiscal third quarter and record revenues of $6.10 billion. Learn More...

- **Momentum** - Hanger Orthopedic Group (HGR) has been posting steady gains since its stock price bottomed out in late April. Learn More...

- **Value** - Steel Dynamics (STLD) posted record second-quarter earnings of $1.05 per share in late July, citing strong shipments and higher selling values as catalysts. Learn



**Subscription Services**
- Product Guide
- Zacks Premium
- Zacks Elite
- Method for Trading
- Chart Patterns Trader
- Double Your Money
- ETF Trader
- Growth Trader
- Options Trader
- Surprise Trader
- Top 10 Stocks
- Value Trader
- Value Trader 2
- Special Reports
- Research Wizard

**Download Your Free Report**

**Top Ten Stock Screening Strategies**



More...

Sponsor

ZACKS REVEALS THE MOST EFFECTIVE WAY TO BENEFIT FROM #1 RANK STOCKS

We would like to offer you a FREE KIT with details on how you can invest in a Quantitative Strategy and own ALL the Zacks #1 Rank Stocks. From 2002 through Q2 2008, this portfolio has outperformed the S&P 500 by a staggering 62.3%!

Click Here for Your FREE ZACKS INVESTMENT KIT.

EARNINGS TRENDS: Financials' Share of Earnings Plunges Further

For 2008, the Financial sector is now expected to account for just 8.8% of all S&P 500 earnings. Learn more...

INVESTMENT IDEAS: Energy Stocks vs. Financial Stocks

When it comes to earnings, these two sectors look very different from each other. Read about EAC, WB, APA and FNM. Learn more...

Congratulations to **"mimosh"** for winning this week's Zacks Trading Game prize. If you haven't registered to play yet, you can do so by Playing Zacks Trading Game!

ANALYST BLOG:

- Enzon Pharma (ENZN) Risks Balanced
- Walgreen Co. (WAG) Opening More Stores
- TiVo (TIVO) Paused in Near-Term Growth

ZACKS ANALYST INTERVIEW: U.S. Slowdown Felt in China

Internet companies should be in a better position than other Chinese companies to grow their earnings. We like BIDU and SOHU. Learn more...

BULL OF THE DAY:

Penn Virginia Resource (PVR)
Full Zacks research report: Learn More...

BEAR OF THE DAY:

Post Properties (PPS)