PAUL A. DEMONTESQUIOU, Esq., NC State Bar No. 42392
THE LAW OFFICES OF WALSH & DEMONTESQUIOU
8012 Stonehaven Drive
Marvin, NC 28173
Telephone (704) 989-2769

Attorney for Plaintiffs,
STEVEN BENEZRA AND MELISSA YORK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STEVEN BENEZRA and MELISSA YORK, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ZACKS INVESTMENT RESEARCH, INC., ZACKS INVESTMENT MANAGEMENT, INC., LEONARD HARVEY ZACKS, BENJAMIN LAIB ZACKS, and MITCHEL ETHAN ZACKS inclusive, individually, <br><br> Defendants. | Case No. 1:11-cv-00596 <br><br> **JOINT REPORT OF ARBITRATION:** |

Pursuant to this Court's Order compelling arbitration, the parties submit this Joint Report on Arbitration. The Parties respectfully submit the following:

1. Plaintiffs have filed an appeal to the Fourth Circuit Court of Appeals in this matter which is currently pending under Docket No. 12-1570. Appellants' opening brief was filed August 29, 2012.

**1**
JOINT REPORT OF ARBITRATION

2. The parties will continue to comply with this Court's order for periodic status reports and inform the Court of any further material developments.

3. Plaintiffs' Counsel may be coming back to the District Court for clarification on certain issues. Defendants object to any further proceedings in the District Court in this matter pending a ruling by the Fourth Circuit Court of Appeals and the completion of the arbitration of this matter.

Respectfully submitted: September 29, 2012

By: /s/ Paul A. deMontesquiou, paul@waldemlaw.com

PAUL A. DEMONTESQUIOU, Esq., NC State Bar No. 42392
The Law Offices of Walsh & deMontesquiou
8012 Stonehaven Drive
Marvin, North Carolina, 28173
NC Bar # 42392
CA Bar # 79947
Telephone (704) 989-2769
Fax (704) 230-4151
info@waldemlaw.com

Attorney for Plaintiffs,
STEVEN BENEZRA AND MELISSA YORK

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CERTIFICATE OF SERVICE

The undersigned attorney for the Plaintiffs hereby certifies that on this date he served a copy of the foregoing document upon the Defendants herein by serving a copy of same on the Defendants' attorney of record by emailing a copy to:

>Beth A. Black
>Greenberg Traurig, LLP
>77 West Wacker Drive
>Suite 3100
>Chicago, IL 60601

Additionally, the undersigned attorney for the Plaintiffs hereby certifies that on this date he served a copy of the foregoing document upon the Defendants herein by serving a copy of same on the Defendants' attorney of record by electronic notification within the Electronic Case Filing System of the United States District Court Middle District of North Carolina as follows:

>David N. Jonson
>Wyrick Robbins Yates & Ponton LLP
>djonson@wyrick.com
>
>Tobias S. Hampson
>Wyrick Robbins Yates & Ponton LLP
>thampson@wyrick.com

Respectfully submitted, this the 29th day of September, 2012

/S/ Paul A. deMontesquiou, paul@waldemlaw.com

Paul A. deMontesquiou, Attorney for Plaintiffs