IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| STEVEN BENEZRA and MELISSA YORK, individually, | ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| ZACKS INVESTMENT RESEARCH, INC., | ) | Case No.1:11-CV-00596 |
| ZACKS INVESTMENT MANAGEMENT, INC., | ) | |
| LEONARD HARVEY ZACKS, BENJAMIN | ) | |
| LAIB ZACKS, and MITCHEL ETHAN ZACKS | ) | |
| inclusive, individually, | ) ) | |
| Defendants. | ) | |

_____

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Respectfully submitted:  May 2, 2013

FOR THE PLAINTIFFS:

By: /s/ *Paul A. deMontesquiou*

PAUL A. DEMONTESQUIOU, Esq.,
NC State Bar No. 42392
paul@waldemlaw.com
The Law Offices of Walsh &
deMontesquiou
8012 Stonehaven Drive
Marvin, North Carolina, 28173
NC Bar # 42392
CA Bar # 79947
Telephone (704) 989-2769

Facsimile (704) 230-4151

FOR THE DEFENDANTS:

BY: /s/ *David N. Jonson*

David N. Jonson
North Carolina Bar No. 27664
djonson@wyrick.com
Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail
Suite 300
Raleigh NC 27607

Telephone: (919) 882-7148

Facsimile (919) 781-4865

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CERTIFICATE OF SERVICE

JOINT STIPULATION OF DISMISSAL

The undersigned attorney for the plaintiffs hereby certifies that on this date he served a copy of the foregoing document upon the defendants herein by serving a copy of same on the defendants' attorney of record by depositing a copy in the United States mail, postage prepaid and addressed as follows:

> David N. Jonson
> Wyrick Robbins Yates & Ponton LLP
> 4101 Lake Boone Trail
> Suite 300
> Raleigh NC 27607

Additionally;

The undersigned attorney for the plaintiffs hereby certifies that on this date he served a copy of the foregoing document upon the defendants herein by serving a copy of same on the defendants' attorney of record by electronic notification within the Electronic Case Filing System of the United States District Court Middle District of North Carolina as follows:

> David N. Jonson
> Wyrick Robbins Yates & Ponton LLP
> djonson@wyrick.com

This the 3rd day of May, 2013.

By: /s/ Paul A. deMontesquiou

PAUL A. DEMONTESQUIOU, Esq.,
NC State Bar No. 42392
The Law Offices of Walsh & deMontesquiou